UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS LOUIS DAVIS (#345339)

VERSUS

OUACHITA PARISH CORRECTIONAL
CENTER, ET AL

CIVIL ACTION

NO. 12-150-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

The Court finds that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave of court to amend the complaint.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 18, 2012.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 5.

[2] Rec. Doc. No. 7.

Doc#47816