UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS LOUIS DAVIS (#345339)

VERSUS

OUACHITA PARISH CORRECTIONAL
CENTER, ET AL

CIVIL ACTION

NO. 12-150-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

The Court finds that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave of court to amend the complaint.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 18, 2012.

　　　　　　　　　　　　　　　／s／ Frank J. Polozola
　　　　　　　　　　　　　　　FRANK J. POLOZOLA
　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 5.

[2] Rec. Doc. No. 7.

Doc#47816